## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Structural Iron Workers Local No. 1 Pension
Fund

|  |  |
|---|---|
|  | Plaintiff, |
| v. | Case No.: 1:22−cv−05432 |
|  | Honorable Rebecca R. Pallmeyer |
| VMR Contractors, Inc. |  |
|  | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Counsel are directed to file a joint written report on the status of this case and of related bankruptcy proceedings no later than April 17, 2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.