**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 1:22-CV-05432 |
| | ) | JUDGE: |
| vs. | ) ) | REBECCA R. PALLMEYER |
| VMR CONTRACTORS, INC., an Illinois corporation, | ) ) ) | MAGISTRATE JUDGE: SHEILA M. FINNEGAN |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

NOW COME the Plaintiff, the STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND, by and through its attorneys JOHNSON & KROL, LLC, and Defendant, VMR CONTRACTORS, INC., by and through its attorneys, ALLOCCO, MILLER & CAHILL, P.C., and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Stipulation of Dismissal as follows:

WHEREAS, the Parties in this matter have entered into a Settlement Agreement that resolves the Plaintiff's claims as to the Defendant and the Parties stipulate to the dismissal of the above-captioned matter without prejudice.

**Agreed and So Stipulated**:

**STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND**

/s/ Jeffrey A. Krol (Bar No. 6300262)
One of Plaintiff's Attorneys
Johnson & Krol, LLC
141 West Jackson Boulevard, Suite 2055
Chicago, IL 60604
(312) 757-5465
jeffkrol@johnsonkrol.com

**VMR CONTRACTORS, INC.**

/s/ Todd A. Miller (with permission)
One of Defendant's Attorneys
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com