## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Structural Iron Workers Local No. 1 Pension
Fund

                                        Plaintiff,

v.                                                      Case No.: 1:22–cv–05432

                                                        Honorable Rebecca R.
                                                        Pallmeyer

VMR Contractors, Inc.

                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to
Stipulation of Dismissal and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure
[47], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.